## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALLORY SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.   13-1215-SCW** |
| | ) | |
| **KATHEY BULTER LOVIES, KALA SIMS** | ) | |
| **ROBINSON, MATT PAYNE, RHONNA** | ) | |
| **MEDLIN, LAURA QUALLS, WANDA** | ) | |
| **EVANS, CHERYL COUCH, DR. SHICKER,** | ) | |
| **DR. MARVIN POWERS, DR. WENDY** | ) | |
| **BLANK, MR. SMITH, MS. RAMSEY, CHAD** | ) | |
| **PERRISH, TERRI ANDERSON,** | ) | |
| **JAGANNATHAN SRINIVASARAGHAVAN,** | ) | |
| **and WEXFORD HEALTH SOURCES, INC.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

Defendants Rhonna Medlin, Laura Qualls, Wanda Evans, Dr. Shicker, Dr. Wendy Blank, Mr. Smith, Ms. Ramsy, Chad Perrish, Terri Anderson, and Jagannathan Srinivasaraghavan, were granted summary judgment on 1/5/15 by an Order entered by Chief Judge Michael J. Reagan (Doc. 115).

Defendant Kala Sims Robinson, Matt Payne, Cheryl Couch and Dr. Marvin Powers were granted summary judgment on 2/2/16 by an Order entered by Chief Judge Michael J. Reagan (Doc. 155).

Defendants Kathy Butler Lovies was substituted and termed by an Order entered by Magistrate Judge Stephen C. Williams on 10/18/16 (Doc. 186).

The remaining issues are dismissed with prejudice and without costs.

THEREFORE, judgment is entered in favor of Defendants **KATHY BUTLER LOVIES, KALA SIMS ROBINSON, MATT PAYNE, RHONNA MEDLIN, LAURA QUALLS, WANDA**

**EVANS, CHERYL COUCH, DR. SHICKER, DR. MARVIN POWERS, DR. WENDY BLANK, MR. SMITH, MS. RAMSEY, CHAD PERRISH, TERRI ANDERSON, JAGANNATHAN SRINIVASARAGHAVAN** and against Plaintiff **ALLORY SMITH**.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 7th day of November, 2016

**JUSTINE FLANAGAN, ACTING CLERK**

BY: *_/s/ Angela Vehlewald_*
**Deputy Clerk**

**Approved by** *_/s/ Stephen C. Williams_*
**United States Magistrate Judge**
**Stephen C. Williams**